33 So.2d 343

### HAMLET v. STATE.
### 6 Div. 586.

Supreme Court of Alabama.
Jan. 15, 1948.

Wright & McGuire, of Tuscaloosa, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SIMPSON, Justice.

The appellant was convicted of the offense of murder in the first degree and sentenced to life imprisonment in the pententiary. The appeal is on the record proper with no transcript of the evidence. The record appears in all respects correct, so the judgment must be affirmed. So ordered.

Affirmed.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.